

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-20-00401-CV

**MESHBESHER & SPENCE, LTD.** and Konstandinos Nicklow,
Appellants

v.

**SHUMWAY VAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24208
Honorable Laura Salinas, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, appellants' motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id*. 42.1(d).

It is so **ORDERED** on June 2, 2021.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court